```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35130
   GLENN A WADE
   LAURIE L WADE                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4428    SSN XXX-XX-0690
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/01/05 and confirmed on 10/28/05.

2. The case was dismissed after confirmation, 12/19/2008.

3. The Debtor paid a total of $ 126680.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 78776.01 | .00 | 78776.01 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 8803.87 | .00 | 5227.50 |
| BENEFICIAL FINANCE CORPO | SECURED | 16123.21 | .00 | 16123.21 |
| AMERICAN GENERAL FINANCE | SECURED | 200.00 | 29.98 | 106.62 |
| CAPITAL ONE AUTO FINANCE | SECURED | 24022.43 | 4762.61 | 13326.09 |
| UNITED CONSUMER FINANCIA | SECURED | 1500.00 | 226.02 | 846.33 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 1784.23 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 766.04 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6493.26 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 360.00 | .00 | .00 |
| GURNEE DENTAL CARE | UNSECURED | 383.66 | .00 | .00 |
| GURNEE RADIOLOGY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| IL BONE & JOINT INSTITUT | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3257.67 | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WEISS MEMORIAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | 409.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 365.65 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED    129425.52         .00    13819.51         .00    143245.03
PRINCIPAL PAID        114405.76         .00         .00         .00    114405.76
INTEREST PAID           5018.61         .00         .00         .00      5018.61
TOTAL PAID            119424.37         .00         .00         .00    119424.37
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $    5555.63 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



PAGE  2
CASE NO. 05 B 35130 GLENN A WADE & LAURIE L WADE